1  Robert P. Andris - 130290
   randris@gordonrees.com
2  Michael D. Kanach - 271215
   mkanach@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Tel:   (415) 986-5900
5  Fax:   (415) 986-8054

6  Attorneys for Plaintiff
   ALLIED LOMAR, INC.
7

8  William S. Kronenberg - 133730
   wkronenberg@krolaw.com
9  Steven W. Yuen - 230768
   syuen@krolaw.com
10 KRONENBERG LAW, P.C.
   1999 Harrison Street, Suite 1450
11 Oakland, CA  94612-4729
   Tel:   (510) 254-6767
12 Fax:   (510) 788-4092

13 Attorneys for Defendant
   LONE STAR DISTILLERY, LLC DBA
14 GARRISON BROTHERS DISTILLERY

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  ALLIED LOMAR, INC., | Case No.:  3:14-cv-03195-VC |
| 19      Plaintiff, | **STIPULATION TO EXTEND TIME TO SUBMIT THE JOINT CASE MANGEMENT STATEMENT, TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [~~PROPOSED~~] ORDER AS MODIFIED** |
| 20  v. | |
| 21  LONE STAR DISTILLERY, LLC DBA GARRISON BROTHERS DISTILLERY; and | |
| 22  DOES 1 THROUGH 10, | Judge:      Hon. Vince Chhabria |
| | Courtroom: 4, 17th Floor |
| 23      Defendants. | File Date:  July 15, 2014 |
| | Trial Date: None |

24

25                          **I.       RECITALS**

26      1.    On July 15, 2014, plaintiff Allied Lomar, Inc. (hereafter "Allied") filed its complaint.

27 (ECF 1.)

28 ///

2.  On August 20, 2014, Allied served its complaint upon defendant Lone Star Distillery, LLC doing business as Garrison Brothers Distillery (hereafter "Lone Star"). (ECF 12.)

3.  On September 10, 2014, the parties stipulated to extend the time to October 10, 2014 for Lone Star to file its responsive pleading to the complaint. (ECF 13 at 2:10-11.)

4.  On September 12, 2014, the court issued its order setting a case management conference for October 14, 2014 at 10:00 a.m. in the above captioned court with the parties' joint case management statement and proposed order due no later than 7 days before the conference. (ECF 17 at 1:16-24.)

5.  On September 16, 2014, the court rescheduled the case management conference to October 21, 2014 at 10:00 a.m. with the parties' joint case management statement and proposed order due no later than October 14, 2014. (ECF 19.) The conference was rescheduled due to the extension of time given to Lone Star to respond to the complaint. (Id.)

6.  On September 29, 2014, the parties met and conferred in accordance with Civil Local rules 16-3 and 16-10, Fed. R. Civ. P. 26(f), and ADR Local Rule 3-5, to prepare the joint case management conference statement in accordance with Civil Local Rule 16-9 and the Standing Order for all Judges of the Northern District of California dated August 25, 2014. Jurisdiction is the first matter to be discussed per the Standing Order for all Judges of the Northern District of California.

7.  During this conference, the issue of jurisdiction and venue were discussed and Lone Star advised that it anticipated it would be filing its motion to dismiss, or in the alternative, to transfer venue to the United States District Court for the Western District of Texas. Allied Lomar has not seen Lone Star's motion to dismiss, or in the alternative, to transfer venue or any proposed evidence in support thereof, and Allied Lomar intends to oppose Lone Star's motion.

8.  In light of Lone Star's anticipated motion, and the interest of judicial economy and efficiency and to preserve the resources of the parties and the judiciary, the parties hereby request leave to extend time to submit their joint case management statement from October 14, 2014, until three weeks after the court issues its ruling on the motion of Lone Star to dismiss or, alternatively to transfer venue. Lone Star stipulates that this extension will not be used as evidence of a lack of irreparable harm should Allied Lomar file a motion for preliminary injunction. Should the court issue an order

granting Lone Star's motion, the case management conference may become moot thereby obviating the need to submit the joint case management conference statement to this court.

## II. STIPULATION

The parties, by and through their counsel, stipulate that to preserve the resources of the parties and the judiciary the deadline for the submission of the joint case management statement shall be extended from October 14, 2014, until three weeks after the court issues its orders on Lone Star's motion or, alternatively to a date set by the court.

The parties, by and through their counsel, further stipulate to vacate the case management conferment set for October 21, 2014, at 10:00 a.m., and to have it continued to a date set by the court.

DATED: October 8, 2014

GORDON & REES LLP

By: /s/ Robert P. Andris
Robert P. Andris
Michael D. Kanach
Attorneys for Plaintiff
ALLIED LOMAR, INC.

DATED: October 8, 2014

KRONENBERG LAW, P.C.

By: /s/ William S. Kronenberg
William S. Kronenberg
Steven W. Yuen
Attorneys for Defendant
LONE STAR DISTILLERY, LLC DBA
GARRISON BROTHERS DISTILLERY

///

///

///

### III. ATTESTATION

Per Civil Local Rule 5-1(i)(3), I attest I have obtained the concurrence of the other signatories in the filing of this document which shall serve in lieu of their signatures on this document.

DATED: October 8, 2014

KRONENBERG LAW, P.C.

By: /s/ William S. Kronenberg
William S. Kronenberg
Steven W. Yuen
Attorneys for Defendant
LONE STAR DISTILLERY, LLC DBA
GARRISON BROTHERS DISTILLERY

### IV. ORDER AS MODIFIED

Based on the parties' stipulation, and for good cause appearing,

IT IS ORDERED the case management conference set for October 21, 2014, at 10:00 a.m. is vacated, and will be reset by the court **for a date 12 days after the hearing on Defendant's Motion to Dismiss. The joint case management statement shall be due 7 days prior to the case management conference.**

DATE: October 8, 2014

Honorable Vince Chhabria
United States District Judge