FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS 2016 NOV -2  PM 4: 48
AUSTIN DIVISION

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ _____
DEPUTY

ALLIED LOMAR, INC.,
        Plaintiff/Counter-Defendant,

-vs-                                      Case No.  A-14-CA-1078-SS

LONE STAR DISTILLERY, LLC d/b/a Garrison
Brothers Distillery; and DOES 1 THROUGH 10,
        Defendants/Counter-Plaintiffs.

---

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the Lone Star Distillery, LLC's Motion for Summary Judgment [#104] and the response thereto and, thereafter, enters the following:

        IT IS ORDERED that the motion for summary judgment is DENIED.  It would appear there are factual issues to be determined by the fact finder and the disposition of this case, as a matter of law, would be best served after the introduction of evidence with a motion for judgment at that time.

SIGNED this the 2ⁿᵈ day of November 2016.

_____
UNITED STATES DISTRICT JUDGE