IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 DEC -7 AM 10: 01
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

ALLIED LOMAR, INC.,

    Plaintiff,

-vs-                                            Case No. A-14-CA-1078-SS

LONE STAR DISTILLERY, LLC d/b/a Garrison
Brothers Distillery; and DOES 1 THROUGH 10,

    Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and enters the following order:

IT IS ORDERED that jury selection is scheduled in this case for **8:30 a.m. on January 9, 2017** in the United States Courthouse, Courtroom 2, 501 West Fifth Street, Austin, Texas. and trial immediately thereafter.

The jury will consist of seven jurors with four peremptory strikes for each as agreed and a time limit of 7.5 hours per side in trial.

SIGNED this the 6th day of December 2016.

                                                  _Sam Sparks_
                                            UNITED STATES DISTRICT JUDGE